**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Herbert FENNER, Defendant–Appellant.**

**No. 00–7595.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided March 1, 2001.

Herbert Fenner, pro se.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Herbert Fenner appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000) and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Fenner,* Nos. CR–95–95–MJG; CA–99–3624–MJG (D.Md. filed July 12, 2000; entered July 13, 2000; filed Oct. 24, 2000; entered Oct. 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*